**Stanley Wilson CRUSENBERRY, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director, Virginia Department of Corrections; Commonwealth of Virginia, Respondents–Appellees.**

No. 01–7229.

United States Court of Appeals, Fourth Circuit.

Submitted Sept. 20, 2001.

Decided Sept. 28, 2001.

---

Stanley Wilson Crusenberry, pro se.

Leah Ann Darron, Assistant Attorney General, Richmond, VA, for appellee.

Before LUTTIG, KING, and GREGORY, Circuit Judges.

PER CURIAM.

Stanley Wilson Crusenberry appeals the district court's order dismissing as untimely his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Crusenberry v. Angelone,* No. CA–01–271–7 (W.D.Va. May 30, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*